```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/9/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUGUST IMAGE LLC,

                Plaintiff,

v.

DUOWEI NEWS, INC. d/b/a/ CHINESE MEDIA NET, INC.,

                Defendant.

20-CV-7306 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On February 2, 2021, Plaintiff filed a proposed order directing Defendant to show cause why a default judgment should not be entered against it. *See* Dkts. 16, 17. This Court's individual rules, however, provide that:

> A plaintiff seeking a default judgment must proceed by filing on ECF a **motion for default judgment** pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). **A plaintiff seeking a default judgment should *not* proceed by order to show cause.**

*See* Individual Rules & Practices in Civil Cases, available at https://www.nysd.uscourts.gov/hon-ronnie-abrams (emphasis added).

Accordingly, on February 2, 2021 the Court denied the proposed show-cause order and directed Plaintiff to file a motion for default judgment no later than February 10, 2021. *See* Dkt. 19. Plaintiff has yet to file such a motion. The Court will give Plaintiff an additional opportunity to do so no later than March 23, 2021. Failure to file a motion for default judgment by that date, in accordance with this Court's individual rules, may result in dismissal of this action for failure to prosecute.

SO ORDERED.

Dated:    March 9, 2021
           New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge