| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 12/10/2021 |

AUGUST IMAGE LLC,

                Plaintiff,

        v.

DUOWEI NEWS, INC., d/b/a CHINESE MEDIA NET, INC.,

                Defendants.

20-CV-7306 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      For the reasons stated at the order to show cause hearing held today, Plaintiff's motion for default judgment against Duowei News, Inc., d/b/a Chinese Media Net, Inc., is granted. The Clerk of Court is respectfully directed to enter judgment in the amount of $30,000 for Plaintiff plus post-judgment interest, to be calculated from the date the Clerk of Court enters judgment in this action until the date of payment, using the federal rate set forth in 18 U.S.C. § 1961. The Clerk of Court is further directed to terminate the motion at Docket 21 and to terminate this case. Plaintiff is directed to serve a copy of this order on Defendant and file proof of service on the docket by no later than December 22, 2021.

SO ORDERED.

Dated:    December 10, 2021
            New York, New York

                                                  RONNIE ABRAMS
                                                  United States District Judge