**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
AUGUST IMAGE LLC,

                Plaintiff,

                                                              20 **CIVIL** 7306 (RA)

       -against-                                **DEFAULT JUDGMENT**

DUOWEI NEWS, INC., d/b/a CHNESE
MEDIA NET, INC.,
                DefendantS.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated at the order to show cause hearing held today, and in the Court's Order dated December 10, 2021, Plaintiff's motion for default judgment against Duowei News, Inc., d/b/a Chinese Media Net, Inc., is granted. Judgment in the amount of $30,000 for Plaintiff plus post-judgment interest, to be calculated from the date the Clerk of Court enters judgment in this action until the date of payment, using the federal rate set forth in 18 U.S.C. § 1961; accordingly, this case is closed.

**DATED**: New York, New York
           December 10, 2021

                                                      **RUBY J. KRAJICK**
                                                       **Clerk of Court**

                                          **BY**: _____
                                                       **Deputy Clerk**